IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Bertha Mae Broome** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case #: 18-2611** |
| | : | |
| **WASHINGTON METROPOLITAN AREA** | : | |
| **TRANSIT AUTHORITY** | : | |
| **600 5th Street, N.W.** | : | |
| **Washington, DC 20001** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF REMOVAL BY DEFENDANT
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")

To the Judges of the United States District Court for the District of Columbia:

1. On or about September 6, 2018, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled Bertha Mae Broome v. WMATA, Case No. 2018 CA 006376 B.

2. Defendant WMATA was formally served in this action on October 18, 2018.

3. The Complaint filed by the Plaintiff in the Superior Court of the District of Columbia is attached.  Additionally, the Summons, Civil Information Sheet and Initial Order are attached.  Moreover, WMATA's Answer and Motion to Dismiss are attached.  These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the

removal of claims against WMATA, in state court, to the this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to counsel for Plaintiff.   This Notice is attached.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid this 13th day of November 2018, to:

Paul J. Duffy
3331 Toledo Terrace, Suite 306
Hyattsville, MD   20782

         /s/   Nicholas L. Phucas
         Nicholas L. Phucas #475163