IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **Bertha Mae Broome** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No. 2018-CA-006376 B |
| | : | Calendar 8 |
| **WASHINGTON METROPOLITAN AREA** | : | Judge William M. Jackson |
| **TRANSIT AUTHORITY** | : | Next Event: Initial Conf. |
| 600 5th Street, N.W. | : | December 14, 2018 at 9:30 a.m. |
| Washington, DC 20001 | : | |
| | : | |
| **Defendant.** | : | |

### ANSWER AND JURY DEMAND OF DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Defendant WMATA answers the complaint as follows:

### FIRST DEFENSE

Defendant WMATA answers Plaintiff's numbered paragraphs as follows:

1. With regard to Plaintiff's Paragraph 1, WMATA admits only that this court has jurisdiction under D.C. Code 9-1107.01(81).

2. WMATA is without sufficient information to admit or deny the allegations of Paragraph 2 of Plaintiff's Complaint.   Therefore, they are denied.

3. Paragraph 4 is denied.

4. Paragraph 6 is denied.

5. To the extent paragraph 7 states an incomplete, or incorrect, legal conclusion, no answer is required.   To the extent an answer is required, denied.

6. To the extent paragraph 8 states an incomplete, or incorrect, legal conclusion, no answer is required.   To the extent an answer is required, denied.

7. Paragraph 9 is denied.

8. Paragraph 10 is denied.

9. Paragraph 11 is denied.

10. Plaintiff's second Paragraph 9 is denied.

11. Plaintiff's second Paragraph 10 is denied.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

The injuries, losses and damages, if any, suffered by the plaintiff, are the result of her sole and/or contributory negligence.

## FOURTH DEFENSE

The injuries, losses and damages, if any, suffered by the plaintiff, are the result of her voluntary assumption of the risk.

## FIFTH DEFENSE

Some or all of plaintiff's claims are barred by WMATA's sovereign and governmental immunity under Section 80 of the WMATA Compact.

## SIXTH DEFENSE

WMATA intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the right to assert such defenses as the facts become known.

## SEVENTH DEFENSE

If the Plaintiff was injured as alleged in the complaint, his injuries, if any, were the sole result of the acts of a person or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

WHEREFORE, WMATA moves that this case be dismissed, that it be awarded the costs of this litigation, and that plaintiff takes nothing on the Complaint.

Respectfully submitted,

DEFENDANT WMATA

/s/ Nicholas L. Phucas
Nicholas L. Phucas, #475163
Senior Counsel
WMATA - 600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2886

## **JURY DEMAND**

WMATA hereby demands a trial by jury as to all issues.

/s/ Nicholas L. Phucas
Nicholas L. Phucas #475163

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of November, 2018, a copy of the foregoing <u>Answer and Jury Demand of Defendant WMATA</u> was served electronically to:

Paul J. Duffy
3331 Toledo Terrace, Suite 306
Hyattsville, MD   20782

                                   /s/ Nicholas L. Phucas
                                   Nicholas L. Phucas #475163